BENEDICKT FISCHER et·al., Respondents, *v.* BERTHOLD BLANK, Appellant.

(Argued January 14, 1895 ; decided January 29, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 16, 1894, which affirmed an order of Special Term adjudging the defendant guilty of contempt of court.

*Chas. Goldzier* for appellant.

*Rowland Cox* for respondents.

Agree to affirm ; no opinion.

All concur.

Order affirmed.

JOHN S. KEYES et al., as Executors, etc., Respondents, *v.* BARBARA ELLENSOHN et al., Appellants, et al., Respondents.

(Argued January 14, 1895 ; decided January 29, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 20, 1894, which affirmed an order of Special Term denying a motion to vacate a judgment.

*Isaac N. Miller* for appellants.

*Edward C. Perkins* for respondents.

Agree to affirm ; no opinion.

All concur.

Order affirmed.